**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>MONTREAL, MAINE & ATLANTIC CANADA CO.,<br><br><br>Foreign Applicant in Foreign Proceeding. | Chapter 15<br>Case No. 15-_____ |

**DECLARATION OF ROGER A. CLEMENT, JR., ESQ. IN
SUPPORT OF VERIFIED PETITION FOR RECOGNITION
OF FOREIGN PROCEEDING AND RELATED RELIEF**

Roger A. Clement, Jr., Esq. pursuant to 28 U.S.C. § 1746, declares:

1. I am a member of the firm of Verrill Dana LLP, U.S. counsel to Richter Advisory Group Inc., the court-appointed monitor (the "Monitor") and authorized foreign representative of Montreal, Maine & Atlantic Canada Co. in a proceeding under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA"), pending before the Québec Superior Court of Justice (Commercial Division).

2. I respectfully submit this declaration in support of the Monitor's *Verified Petition for Recognition of Foreign Proceeding and Related Relief* and *Memorandum of Law in Support of Verified Petition for Recognition of Foreign Proceeding and Related Relief* filed contemporaneously herewith.

3. Attached hereto as **Exhibits A-N** are true and correct copies of each of the following documents: [1]

---

[1] Many other documents exist in Montreal, Maine & Atlantic Canada Co.'s proceeding under the CCAA. All documents and pleadings may be found at the Monitor's website: http://www.richter.ca/en/folder/insolvency-cases/m/montreal-maine-and-atlantic-canada-co

8284981_2.DOCX

A. the *Amended Petition for the Issuance of An Initial Order*, dated August 8, 2013;

B. (certified copy) the *Initial Order of the Québec Superior Court of Justice (Commercial Division)* dated August 8, 2013;

C. the *Motion for An Order Extending the Stay Period and to Approve a Cross-Border Insolvency Protocol* (the "Cross Border Protocol Motion"), dated September 3, 2013;

D. the *Order* granting the Cross Border Protocol Motion, dated September 4, 2013;

E. the *Motion for an Order (A) Approving Bid Procedures for the Sale of the Debtor's Assets, (B) Approving a Stalking Horse Bid, (C) Approving a Break-up Fee and Expense Reimbursement, (D) Scheduling an Auction, (E) Approving Procedures for the Assignment and Assumption of Certain Executory Contracts and Unexpired Leases, and (F) Approving a Form of Notice of Sale*, dated December 16, 2103;

F. the *Order Approving (A) Bid Procedures for the Sale of the Debtor's Assets, (B) Approving a Stalking Horse Bid, (C) Approving a Break-up Fee and Expense Reimbursement, (D) Scheduling an Auction, (E) Approving Procedures for the Assignment and Assumption of Certain Executory Contracts and Unexpired Leases, and (F) Approving a Form of Notice of Sale*, dated December 19, 2013;

G. the *Motion for the Issuance of (i) an Order Authorizing the Sale of the Assets of the Petitioner and for (ii) a Vesting Order*, dated January 19, 2014;

H. the *Approval and Vesting Order*, dated January 23, 2014;

I. the *Plan of Compromise and Arrangement* dated March 31, 2015;

J. the *Amended Plan of Compromise and Arrangement* dated June 8, 2015

K. (certified copy) the *Judgment on the Motion for Approval of Plan of Arrangement* approving the CCAA Plan (a/k/a the "Plan Sanction Order" [2]), dated July 13, 2015

L. the *Decision dismissing Canadian Pacific Railway Company's Jurisdiction Motion*, dated July 13, 2015;[3]

---

[2] The order attached as Exhibit K contains some parts that are in French only. This Declaration will be supplemented with an English translation as soon as it becomes available.

[3] The Decision attached as Exhibit L is in French only. This Declaration will be supplemented with an English translation as soon as it becomes available.

8284981_2.DOCX

M. the *Twentieth Report of the Monitor on the Petitioner's Plan of Arrangement*, dated June 1, 2015; and

N. the *Nineteenth Report of the Monitor on the Petitioner's Plan of Arrangement*, dated May 14, 2015

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 20, 2015                    /s/ *Roger A. Clement, Jr.*
                                        Roger A. Clement, Jr., Esq.

8284981_2.DOCX

# EXHIBIT LIST

**Exhibit A** - Amended Petition for the Issuance of An Initial Order, dated August 8, 2013

**Exhibit B** - Initial Order of the Québec Superior Court of Justice (Commercial Division), dated August 8, 2013

**Exhibit C** - Motion for An Order Extending the Stay Period and to Approve a Cross-Border Insolvency Protocol, dated September 3, 2013

**Exhibit D** - Order granting the Cross Border Protocol Motion, dated September 4, 2013

**Exhibit E** - Motion for an Order (A) Approving Bid Procedures for the Sale of the Debtor's Assets, (B) Approving a Stalking Horse Bid, (C) Approving a Break-up Fee and Expense Reimbursement, (D) Scheduling an Auction, (E) Approving Procedures for the Assignment and Assumption of Certain Executory Contracts and Unexpired Leases, and (F) Approving a Form of Notice of Sale, dated December 16, 2103

**Exhibit F** - Order Approving (A) Bid Procedures for the Sale of the Debtor's Assets, (B) Approving a Stalking Horse Bid, (C) Approving a Break-up Fee and Expense Reimbursement, (D) Scheduling an Auction, (E) Approving Procedures for the Assignment and Assumption of Certain Executory Contracts and Unexpired Leases, and (F) Approving a Form of Notice of Sale, dated December 19, 2013

**Exhibit G** - Motion for the Issuance of (i) an Order Authorizing the Sale of the Assets of the Petitioner and for (ii) a Vesting Order, dated January 19, 2014

**Exhibit H** - Approval and Vesting Order, dated January 23, 2014

**Exhibit I** -  Plan of Compromise and Arrangement dated March 31, 2015

**Exhibit J** -  Amended Plan of Compromise and Arrangement dated June 8, 2015

**Exhibit K** - Judgment on the Motion for Approval of Plan of Arrangement approving the CCAA Plan (a/k/a the "Plan Sanction Order"), dated July 13, 2015

**Exhibit L** - Decision dismissing Canadian Pacific Railway Company's Jurisdiction Motion, dated July 13, 2015

**Exhibit M** - Twentieth Report of the Monitor on the Petitioner's Plan of Arrangement, dated June 1, 2015

**Exhibit N** - Nineteenth Report of the Monitor on the Petitioner's Plan of Arrangement, dated May 14, 2015

8284981_2.DOCX

**Notice:**   To eliminate waste and unnecessary expense, some or all of the Exhibits (and/or exhibits and schedules to the Exhibits) may not be attached.  A copy of any Exhibit (including all exhibits and schedules) may be obtained by sending an e-mail request to mhenderson@verrilldana.com or pnoyes@verrilldana.com or by calling Marilyn Henderson or Pam Noyes at 207-774-4000.

Alternatively, most Exhibits may be found on the website of the Monitor – – Richter – – using the following link: http://www.richter.ca/en/folder/insolvency-cases/m/montreal-maine-and-atlantic-canada-co .

All pleadings, with Exhibits, may be viewed and are on file at the Clerk's office, United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine.

-5-